# ORIGINAL

1 | **TEWID_M.rem**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

**FILED**

DISTRICT COURT OF GUAM

JAN 26 2006

MARY L.M. MORAN
CLERK OF COURT

7 | Attorneys for the United States of America

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF GUAM

10 | UNITED STATES OF AMERICA,          )          CRIMINAL CASE NO. 00-00028
                                       )
11 |              Plaintiff,            )
                                       )
12 |        vs.                         )          PETITION TO REMIT SPECIAL
                                       )          ASSESSMENT FEE
13 | MARKY M. TEWID,                    )          [18 U.S.C. § 3573]
     aka MARKY ONGE TERRENCE           )
14 | aka MARKY MECHUCHEU TEWID          )
     aka MARKY ONGELUNGEL TERRENCE,)
15 |                                    )
              Defendant.               )
16 | _____)

17 | COMES NOW the United States of America, by and through its undersigned counsel, and

18 | respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting

19 | the unpaid special assessment fee earlier imposed upon Defendant MARKY M. TEWID aka

20 | MARKY ONGE TERRENCE aka MARKY MECHUCHEU TEWID aka MARKY

21 | ONGELUNGEL TERRENCE (hereinafter referred to as "Defendant TEWID"). and in support

22 | hereof, states as follows:

23 |     1.    On October 23, 2003, sentence was imposed by this Court against Defendant

24 | TEWID. Among other things, a $100.00 special assessment fee was ordered. The total amount

25 | now owed by said Defendant is $100.00.

26 |     2.    Upon information received from the Immigration and Customs Enforcement

27 | Deportable Alien Control System (ICE/DACS), Defendant TEWID, was deported to Palau on

28 | January 7, 2004. See Exhibit "A."

1    3.    Section 3573 of Title 18, United States Code, as amended, provides in pertinent

2    part as follows:

3                Upon petition by the Government showing that reasonable efforts to
             collect a fine or assessment are not likely to be effective, the court may, in the
4            interest of justice --
                (1) remit all or part of the unpaid portion of the fine or special assessment,
5            including interest and penalties . . . .

6    4.    The United States Attorney has determined that in light of Defendant's

7    deportation, there is no reasonable likelihood that expending further efforts to collect the special

8    assessment fee will produce any revenue to the United States. To the contrary, any further efforts

9    will needlessly expend resources that could be better directed to areas with greater potential for

10   recovery.

11   5.    The interests of justice mitigate in favor of remission of the unpaid special

12   assessment fee.

13        WHEREFORE, the United States of America respectfully requests that this Court

14   enter an order remitting the unpaid special assessment fee imposed upon Defendant MARKY M.

15   TEWID aka MARKY ONGE TERRENCE aka MARKY MECHUCHEU TEWID aka

16   MARKY ONGELUNGEL TERRENCE.

17        DATED this 25th day of January, 2006.

18

19                                        LEONARDO M. RAPADAS
                                          United States Attorney
20                                        Districts of Guam and NMI

21

22                              By:    _____

23                                        MARIVIC P. DAVID
                                          Assistant U.S. Attorney

24

25

26

27

28

A-NUM : 028795803              LAST-NAME : TERRENCE
NATLTY: PALAU                  FIRST-NAME: MARKY

DATE-DOCKET-CLEARED: 01/30/2004          DEPART-CLEARED-STAT: 6

TRANSFER-TO-DCO:                    DATE-DOCKET-TRANSFER:

DATE-DEPARTED: 01/07/2004                  PORT-DEPARTED: HHW

DEPART-COUNTRY: PALAU          FINAL-CHARGE: R2A3     EXPENSE-CODE: 1




HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

EXHIBIT

A