**Report and Order Terminating Supervised Release**

## UNITED STATES DISTRICT COURT



**FILED**

DISTRICT COURT OF GUAM

DEC - 1 2006

**MARY L.M. MORAN
CLERK OF COURT**

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.

MARKY MARK TEWID

}

CRIMINAL CASE NO.    00-00028-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **November 27, 2006,** I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

**RECEIVED**

NOV 3 0 2006

**DISTRICT COURT OF GUAM
HAGATNA, GUAM**

cc:    Marivic P. David, AUSA
Federal Public Defender
Guam Bureau of Immigration and Customs Enforcement
File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____ day of November 2006.

_____
HON. FRANCES TYDINGO-GATEWOOD
Chief Judge
District of Guam

ORIGINAL